**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 06, 2010**

_____

```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION

In Re:    KELLIS RANDOLPH MORRIS JR:         Chapter 13

                                 :           06-51749

DEBTOR(S)                        :           JUDGE HOFFMAN JR
```

### ORDER OF DISMISSAL

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**Copies to: All Creditors and Parties in Interest**

###